JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

NICHOLAS E. DEAN,                    )   NO. CV 09-05388 CAS (SS)
                                     )
                Petitioner,          )
                                     )
        v.                           )   **JUDGMENT**
                                     )
UNITED STATES OF AMERICA,            )
                                     )
                Respondent.          )
                                     )
_____)

       Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

       IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

       DATED:    July 9, 2010

                                         _____
                                         CHRISTINA A. SNYDER
                                         UNITED STATES DISTRICT JUDGE